UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/8/2024
```

LEVI HARRISON, JR.,

                    Plaintiff,

-against-

KUBRICK GROUP; TYCHO BIDCO LIMITED,

                    Defendants.

23-cv-10274 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court held an Initial Pretrial Conference in this matter on July 8, 2024. As the Court explained on the record at the conference, Plaintiff's motion for summary judgment [ECF Nos. 23, 24, 25, 26, 27, 32] is DENIED without prejudice as premature. Plaintiff may renew the motion after the close of fact discovery.

      As the Court also explained at the conference, the Court has referred this case for mediation and has requested that the Mediation Office attempt to locate limited *pro bono* counsel to assist Plaintiff with the mediation [ECF No. 6]. The parties shall file a joint letter by July 15, 2024 informing the Court whether they have been in touch with the Mediation Office.

      If the parties are unable to resolve this case through the mediation, the Court intends to grant Plaintiff's request to seek *pro bono* counsel to assist him with the litigation [ECF No. 28]. However, because there is no right to appointed counsel in civil cases, and the Court does not have funds to pay counsel in civil matters, the Court may only *request* the services of *pro bono* civil counsel, which may or may not be available. *See Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 301–310 (1989). The parties shall file a joint letter within five days of the conclusion of the mediation informing the Court whether it was successful. If not, Plaintiff may renew his request for *pro bono* counsel in that letter.

The Clerk of Court respectfully is requested to terminate the motions pending at docket entries 21 and 28.

**SO ORDERED.**

**Date: July 8, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**